# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SMART LOCAL UNIONS AND COUNCILS PENSION FUND, on behalf of itself and all other similarly situated former stockholders of EIDOS THERAPEUTICS, INC., | § § § § § § § | No. 13, 2023 |
| Plaintiff Below, Appellant, | § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § § | |
| | § | C.A. No. 2021-1030 |
| BRIDGEBIO PHARMA, INC., NEIL KUMAR, ALI SATVAT, and UMA SINHA, | § § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: July 26, 2023
Decided: August 9, 2023

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting Court *en Banc*.

## ORDER

This 9th day of August 2023, after careful consideration of the parties' briefs and the record below, and after oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated December 29, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice